Entered: September 28th, 2026
Signed: September 25th, 2026

**SO ORDERED**

DAVID E. RICE
U. S. BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

In re:

| | | |
|---|---|---|
| DIAMOND COMIC DISTRIBUTORS, INC., et al.[1] | * | Jointly Administered under Case No: 25-10308-DER (Chapter 11) |
| | * | |
| Debtors | * | |

* * * * * * * * * * * *

| | | |
|---|---|---|
| Morgan W. Fisher, Chapter 7 Trustee, | * | |
| Plaintiff, | * | |
| v. | | Adv. Proc. No: 25-00256-DER |
| | * | |
| Paizo Inc., d/b/a Paizo, Inc., | | |
| Defendant. | * | |

* * * * * *

| | | |
|---|---|---|
| Paizo Inc., d/b/a Paizo, Inc., | * | |
| Counterclaimant and Third-Party Plaintiff, | * | |
| v. | | |
| | * | |
| JPMORGAN CHASE BANK, N.A., and SPARKLE POP, LLC, | * | |
| Third-Party Defendants. | * | |

* * * * * * * * * * * *

ORDER GRANTING CONSENT MOTION TO MODIFY THE SCHEDULING ORDER

UPON CONSIDERATION of the Consent Motion to Modify the Scheduling Order, the lack of opposition thereto, and the entire record herein, it is,

ORDERED, that the Consent Motion be, and the same hereby is, GRANTED; and it is

FURTHER ORDERED, that the Scheduling Order is amended as follows:

[1] The Debtors in these Chapter 11 cases, along with the last four digits of the Debtors' federal tax identification numbers, are Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585).

1. Discovery. The Parties have agreed that they may propound document requests, interrogatories, and requests for admissions pursuant to the Federal Rules of Civil Procedure and the Local Rules of this Court, which response shall be made within 30 days of service. Unless otherwise ordered by the Court or agreed to by parties, the limitations on discovery set forth in the Federal Rules of Civil Procedure shall be strictly observed.

   (a) Discovery Requests. The Parties shall serve all additional document requests, interrogatories, and requests for admissions on or before October 1, 2026.

   (b) Agree on ESI Search Terms. The Parties will make reasonable efforts to agree on ESI Search Terms on or before October 15, 2026.

   (c) Substantial Document Production Completion Date. The Parties expect to have document production substantially completed by November 15, 2026.

   (d) Fact Discovery Cut Off. The Parties have agreed that, except for Rule 26(a)(1) disclosures, all fact discovery in this case shall be initiated so that it will be completed on or before January 15, 2027. The Parties have agreed that they may take fact depositions at any time prior to the expiration of the fact discovery deadline.

   (e) Privilege Logs. Privilege logs shall be produced in accordance with the Federal Rules of Civil Procedure so as to be completed within five (5) business days of the related document production. Privileged communications occurring after June 15, 2025, need not be included on a privilege log.

   (f) Expert Initial Disclosures. The identity of expert witness and subject matter of expected testimony, per Rule 26(a)(2)(A) and 26(a)(2)(C)(i), shall be disclosed on February 1, 2027. Any rebuttal experts, and subject matter of expected testimony, shall be disclosed on February 8, 2027.

   (g) Expert Reports and Expert Discovery Cut Off. Expert reports and all other information required by Rule 26(a)(2)(B), along with any documents or information considered by the expert, shall be exchanged on March 1, 2027. Rebuttal expert reports and all other information required by Rule 26(a)(2)(B), along with any documents or information considered by the expert, shall be exchanged on March 15, 2027. All expert discovery shall be completed by April 15, 2027.

2. Protective Orders. The parties will submit a confidentiality order to the Court for approval on or before September 25, 2026.

3. Case Dispositive Motions. Any dispositive motions must be filed on or before May 3, 2027. Answering briefs in opposition thereto are due seventeen (17) days later (May 20, 2027), with reply briefs to be filed fourteen (14) days after the filing of any answering briefs (June 3, 2027).

4. Joinder of Other Parties and Amendment of Pleadings. All motions to join other parties, and to amend or supplement the pleadings, shall be filed on or before December 15, 2026.

5. Exhibits not objected to in writing by DATE TO BE DETERMINED will stand as admitted into evidence.

6. TRIAL IS SET FOR DATE TO BE DETERMINED.

**END OF ORDER**